THE ATTORNEY GENERAL
OF TEXAS
ATTORNEY GENERAL


September 25, 1959

Honorable Howard D. Dodgen                    Opinion No. WW-710
Executive Secretary
Game & Fish Commission                        Re: May shrimp trawls larger than
Austin, Texas                                     10 feet be used for taking legal
                                                  size shrimp in Carancahua Bay,
Dear Mr. Dodgen:                                  Matagorda County?

          Your request for an opinion reads, in part, as follows:

          "Section 1 of House Bill 12 of the Regular
     Session of the Fifty-sixth Legislature establish-
     es the purpose and scope of the Texas Shrimp Con-
     servation Act.

          "The question has arisen as to whether or not
     this Act, because of this section, has repealed the
     former special law which prohibits shrimping in
     Carancahua Bay in Matagorda County, Texas, except
     for the use of a small trawl for taking bait.

          ". . ."

          Section 1 of the Texas Shrimp Conservation Act, Chapter 187, Acts
56th Leg. 1959, reads as follows:

          ". . . it is further declared by the Legis-
     lature of Texas to be the public policy of this
     State that any and all laws, acts, bills, rules,
     regulations, proclamations or orders relating to
     shrimp or the shrimp industry shall be carried
     out under this Act, any other provision of the
     law to the contrary notwithstanding; provided,
     however, nothing in this Act shall be construed
     to affect or repeal any existing laws that close
     any bay or other area of the inside waters to
     the taking or catching of shrimp throughout the
     entire year". (Emphasis added.)

          H. B. 744, ch. 66, Acts 46th Leg., 1939, as amended in part by H. B.
820, Acts 47th Leg., 1941, as amended by H. B. 192, ch. 159, Acts 55th Leg.,
Regular Session 1957, made it unlawful, among other things, to catch shrimp,
with the exception of a minnow seine or bait trawl of not more than 10 feet in
width at its mouth for catching bait, in Calhoun, Matagorda and Jackson
Counties.

For H. B. 744 to be included in the exceptions to Section 1, it must be found that it closed the area involved to the taking or catching of shrimp. Sec. 6 of H. B. 12 states:

"Sec. 6.(a) It shall be unlawful at any time except for a Commercial Bay-Bait Shrimp Boat operator during the period from August 15th through December 15th, both dates inclusive, of each year (said period being designated as the 'open season' for said inside waters for any such Commercial Bay-Bait Shrimp Boat operators) for any person (except for catching bait shrimp as otherwise herein provided) to take or catch, or to attempt to take or catch, shrimp of any species or size . . . provided, however, it shall be lawful for any commercial Bay-Bait Shrimp Boat operator to take, within the inside waters, . . . not to exceed more than a total of two hundred fifty (250) pounds of heads-on shrimp . . . per boat per calendar day, during the closed season of the inside waters, . . . .". (Emphasis added.)

It can be seen that using the terminology of H. B. 12 an area is not closed to the taking of bait shrimp even during the closed season.

Upon looking over the general and special statutes of Texas on shrimp, it was noted that there are no laws that close any bays or other areas of the inside waters of this State to the taking or catching of shrimp throughout the entire year, if you include the taking of bait shrimp.

Since this statute should receive a reasonable construction, and we must assume the Legislature would not do a meaningless thing, Section 1 of H. B. 12 must refer to a closed season as contained in Sec. 6(a) of H. B. 12. See Bizzelle v. State, 116 S.W. 2d 385, 134 Tex. Cr. R. 467 (1938), Walker v. Koger, 99 S.W.2d 1034 (1936) error dis., or Singer v. Schoenfeld, 269 S.W.2d 561, ref. n.r.e.

It follows therefore that Carancahua Bay is still closed to shrimping except for the use of minnow seines and bait trawls for taking bait.

SUMMARY

Shrimp trawls larger than 10 feet may not be used for taking legal size shrimp

in Carancahua Bay, Matagorda County.

Yours very truly,

WILL WILSON
Attorney General of Texas

By                                       
Cecil Cammack, Jr.
Assistant

CC:aw

APPROVED:

OPINION COMMITTEE:

Geo. P. Blackburn, Chairman

William T. Blackburn
Marvin F. Sentell
William D. Armstrong

REVIEWED FOR THE ATTORNEY GENERAL
BY:
    W. V. Geppert